## Wilma Lee Seaquist, Plaintiff-Appellant, v. Charles E. Alexander, Jr., Defendant-Appellee.

Gen. No. 10,345.

Third District.

February 19, 1962.

Sidney S. Altman, of Chicago, for appellant; Wilson, Siebert, Lynaugh & Abney, of Springfield (John V. Simhauser and John P. Lynaugh, of Springfield, of counsel), for appellee. Opinion by JUSTICE ROETH. Not to be published in full.